**Order issued July 29, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-14-01189-CR
## No. 05-14-01190-CR

_____

## MICHAEL LERON DOWDEN, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Justices Fillmore, Myers, and Evans

Based on the Court's opinion of this date, we **GRANT** the January 27, 2015 motion of Kathleen A. Walsh for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Kathleen A. Walsh as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Michael Leron Dowden, TDCJ No. 1738563, Estelle Unit, 264 FM 3478, Huntsville, Texas, 77320-3320.

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE